JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| MOHAMMAD SHARIF, an individual; and MARZIEH SHARIF, an individual,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>BMW OF NORTH AMERICA, LLC, a Delaware Company and DOES 1 through 10, inclusive,<br><br>　　　　　Defendants. | CASE NO.: 8:17-cv-00614 JLS (KESx)<br><br>(Removed from Orange County Superior Court Case No. 30-2017-00903966-CU-BC-CJC)<br><br>**ORDER ON STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>Trial:　　None |

　　　The Court, having reviewed the parties' Stipulation of Dismissal of Entire Action with Prejudice and good cause appearing, orders that this case be, and is hereby, dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

　　　IT IS SO ORDERED.

DATED: October 24, 2017

　　　　　　　　　　　　　　　　JOSEPHINE L. STATON
　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　Hon. Josephine L. Staton
　　　　　　　　　　　　　　　　United States District Judge